David C. Wakefield, Esq.   Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone: 619.241.7112; Facsimile: 619.342.7755
E-mail:   dcw@DMWakeLaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT McCARTHY,**<br><br>                **Plaintiff,**<br><br>    v.<br><br>**CHRISTINA YOUNG;**<br>**SUSHIMARU JAPANESE**<br>**RESTAURANT, INC.**; and DOES 1<br>through 10, inclusive,<br><br>                **Defendants.** | Case No.: 2:17-cv-00712-PA-AJW<br><br>**NOTICE OF SETTLEMENT** |

   Please be notified the parties have settled this matter.  The settlement includes injunctive.  The Plaintiff shall file a voluntary dismissal within 30 days.

Respectfully submitted:

                                    **LAW OFFICES OF DAVID C. WAKEFIELD**

Dated: April 28, 2017

                              By:   /s/David C Wakefield
                                    DAVID C. WAKEFIELD, ESQ.
                                    Attorney for Plaintiff

1