David C. Wakefield, Esq.   Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br><br>**Plaintiff,**<br><br>v.<br><br>**CHRISTINA YOUNG;<br>SUSHIMARU JAPANESE<br>RESTAURANT, INC.; AND<br>DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants.** | Case No.: 2:17-cv-00712-PA-AJW<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

1.   On April 30, 2017, the Plaintiff filed a Notice of Settlement.

2.   On May 8, 2017, this Court issued the Order To Show Cause.

3.   Between the date of the filing of the Notice of Settlement to the date of the filing of this document, the Plaintiff and the Defendants have been working on finalizing the settlement agreement.

4.   The Plaintiff requests 45 more days to finalize the settlement agreement.

1

Respectfully submitted:

Dated: July 5, 2017

LAW OFFICES OF DAVID C. WAKEFIELD

By:
　/s/DAVID C. WAKEFIELD, ESQ.
　Attorney for Plaintiff